JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAMAR TESSLER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAN ZADOK, an individual,<br><br>　　　　Defendant. | CASE NO. 2:08-cv-05695-R-RC<br><br>Hon. Manuel L. Real<br><br>**FINAL JUDGMENT**<br><br>JS-6 |

On March 1, 2009, the following application came on for hearing: *Plaintiff Tamar Tessler's Application for Default Judgment by Court*. The application having been fully considered and a decision having been fully rendered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Judgment in the amount of $75,000 is awarded in favor of plaintiff Tamar Tessler against defendant Dan Zadok on the claim for intentional infliction of emotional distress, and judgment in the amount of $127,000 is awarded in favor of plaintiff Tamar Tessler against defendant Dan Zadok on the claim for enforcement of a foreign court order.

Accordingly, final judgment is awarded and entered in favor of plaintiff Tamar Tessler against defendant Dan Zadok in the **total** amount of **$202,000**.

Dated: May 11, 2009   _____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Tel: 310-557-9565
Fax: 310-943-2071

By:      /s/ Paul M. Gelb
     Paul M. Gelb
Attorneys for TAMAR TESSLER